**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Clarence JEFFERSON, Defendant–Appellant.**

**No. 09–7100.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2010.

Decided: March 3, 2010.

Clarence Jefferson, Appellant Pro Se. John Staige Davis, V, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Jefferson appeals the district court's order denying his motion properly construed as one for modification of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jefferson,* No. 3:00–cr–00221–REP–1 (E.D.Va. May 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.